UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jeffrey E. Jenkins, Esquire

## Jenkins & Clayman

412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorney for Debtor

In Re:

Andrea Smith
debtor

Case No.:   15-29631

Judge:     KCF

Chapter:    13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**
☒ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
☐ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned Chapter 13 proceeding hereby objects to the following **(choose one)**:

1.　　　☐　　Motion for Relief from the Automatic Stay filed by

_____, creditor.

　　　　A hearing has been scheduled for_____

OR

☐　Motion to Dismiss filed by the Standing Chapter 13 Trustee, _____.

　　　　A hearing has been scheduled for _____, at ___.

☒　Certification of Default filed by _ Toyota Motor Credit Corporation,

creditor.

　　　　I am requesting a hearing be scheduled in this matter.

OR

☐　Certification of Default filed by Standing Chapter 13 Trustee.

2.        I am objecting to the above for the following reasons (**choose one**):

☐        Payments have been made in the amount of $_____, but have not

been accounted for.  Documentation in support of attached hereto.

☐        Payments have not been made for the following reasons and debtor proposes

repayment as follows **explain your answer**):

☒        Other (**explain your answer**):  In my Chapter 13 case, my car company, Toyota Motor

Credit, has filed a certification of default, stating that I am behind with my payments. I believe I have

made my payments every single month, since we had an issue with the vehicle payments a little more

than a year ago. I was supposed to make an extra payment of $171.45 each month for six months. I did

that for one month, and I kept talking to Toyota on a regular basis. They told me my payments were fine,

so I thought everything was okay. They did not say I was behind with a regular payment, or an extra

payment, or anything. Therefore, I ask that the certification of default order not be signed, and that a

hearing be held. Thank you.

3.        This Certification is being made in an effort to resolve the issues raised by the creditor in

this motion.

4.        I certify under penalty of perjury that the foregoing is true and correct.


Date: 9.27.17                          /s/Andrea Smith_____
                                        Andrea Smith , debtor


NOTE:

1.      This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at
        least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a
        *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss*.

2.      This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor
        within ten (10) days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving
        Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested**