Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.:  15−29631−KCF
                    Chapter:  13
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrea C. Smith
   aka H. Smith Mother of Tyreik
   27 Fountain Blvd
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−4333

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/25/17 at 09:00 AM

to consider and act upon the following:

**75** − Creditor's Certification of Default (related document:45 Motion for Relief from Stay re: 2010 LEXUS RX350. Fee Amount &#036 176. filed by Creditor TOYOTA MOTOR CREDIT CORPORATION, 53 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Toyota Motor Credit Corporation. Objection deadline is 09/28/2017. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 9/28/17

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court