**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorney for Debtor

|  |  |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Andrea Smith | CHAPTER 13 CASE NO. 15-29631 KCF |
| Debtor | SUPPLEMENTAL CERTIFICATION IN OPPOSITION TO CERTIFICATION OF DEFAULT FILED ON BEHALF OF TOYOTA |
|  | HEARING DATE: 10/25/2017 at 09:00 AM |

I, Andrea Smith, by way of certification hereby state:

1. I am the Chapter 13 debtor, and I am authorized to make this certification.

2. I have carefully reviewed the Certification of Default filed on behalf of Toyota. Please note I have made every payment, and in fact, I have made payments in the last two months. I will make my October payment within 30 days of the date due. The issue involves the alleged extra payment of $171.45. I do not believe I owe this payment. Specifically, I called Toyota, and the person at Toyota's bankruptcy department told me I was "current" and actually "ahead a little bit" and as such, I stopped paying the extra $171.45. I would like Toyota and its attorneys to review this matter. If the woman to whom I spoke was correct, that I am current or a little bit ahead, all should be well, and I should just continue to make the payments. If Toyota is convinced I really am behind, I will pay the extra $171.45.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: <u>10/17/17</u>                                                                          <u>/s/Andrea Smith</u>
                                                                                                      Andrea Smith, debtor

## SERVICE LIST

**ATTORNEY FOR THE SECURED CREDITOR, TOYOTA MOTOR CORPORATION**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
dcarlon@kmllawgroup.com

**DEBTOR:**

Andrea Smith
27 Fountain Blvd
Burlington, NJ 08016