Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−29631−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrea C. Smith
   aka H. Smith Mother of Tyreik
   27 Fountain Blvd
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−4333

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 31, 2017.

On October 19, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:                November 29, 2017
Time:                10:00 AM
Location:            Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 20, 2017
JAN: pbf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-29631-KCF
Andrea C. Smith                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                Page 1 of 2           Date Rcvd: Oct 20, 2017
                               Form ID: 185               Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
db          +Andrea C. Smith,    27 Fountain Blvd,    Burlington, NJ 08016-9755
cr          +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,     C/O Buckley Madole, P.C.,
              99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr          +TOYOTA MOTOR CREDIT CORPORATION,    PO Box 9013,    Addison, TX 75001-9013
cr          +Toyota Motor Credit Corporation,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
              Iselin, NJ 08830-2713
515983145   +APEX ASSET MANAGEMENT, LLC,    PO BOX 5407,    LANCASTER, PA 17606-5407
515800613   +CACH of NJ, LLC,    c/o Fein, Such, Karh & Shepard, PC,    7 Century Drive, Ste 201,
              Parsippany, NJ 07054-4609
515895180    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515800614    Chase Mortgage,    PO Box 24696,   Columbus, OH 43224-0696
515800615    Emergency Medicine Associates, PA PC,    PO Box 826481,    Philadelphia, PA 19182-6481
515800617   +Lakeview Memorial Park,    PO Box 2830,    Cinnaminson, NJ 08077-5830
515800618   +Larchmont Imaging Associates,    PO Box 448,    Hainesport, NJ 08036-0448
515800620    Lourdes Cardiology Services PC,    PO Box 824699,    Philadelphia, PA 19182-4699
515800621    OLOLMC Internal Medicine Hospitalists,    PO Box 824626,    Philadelphia, PA 19182-4626
515800623    PSE&G,    PO Box 14444,   New Brunswick, NJ 08906-4444
515920631   +Porania LLC,    P. O. Box 11405,   Memphis TN 38111-0405
515901932  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,     Division of Taxation,   P.O. Box 245,
              Trenton, NJ 08695-0245)
515800624    State of New Jersey,    Division of Taxation,    PO Box 445,   Trenton, NJ 08695-0445
515800619  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Lexus Financial Services,     PO Box 5855,
              Carol Stream, IL 60197-5855)
515872989   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
515800625    Washington Adventist Hospital,    PO Box 62895,    Baltimore, MD 21264-2895

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2017 23:05:06      U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2017 23:05:00      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
515800616    E-mail/Text: cio.bncmail@irs.gov Oct 20 2017 23:04:36      IRS,    PO Box 7346,
              Philadelphia, PA 19101-7346
515800622   +E-mail/Text: bankruptcies@orangelake.com Oct 20 2017 23:04:23      Orange Lake Resort,
              8505 W. Irlo Bronson Memorial Highway,    Kissimmee, FL 34747-8217
515975349   +E-mail/Text: mary@rabperformance.com Oct 20 2017 23:05:44      RAB Performance Recoveries, LLC,
              700 KINDERKAMACK ROAD, SUITE 211,    ORADELL, NJ 07649-1533
515803140    E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 23:01:03      Synchrony Bank,
              c/o of Recovery Management Systems Corp,     25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516341087*   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                             Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2                Date Rcvd: Oct 20, 2017
                              Form ID: 185               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Eric   Clayman    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
           nj_ecf_notices@buckleymadole.com
          Francesca Ann Arcure    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
           nj_ecf_notices@buckleymadole.com
          Jeffrey E. Jenkins    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           NJ_ECF_Notices@buckleymadole.com
          Stephanie F. Ritigstein    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net
                                                                                             TOTAL: 9
```