Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  15–29631–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrea C. Smith
   aka H. Smith Mother of Tyreik
   27 Fountain Blvd
   Burlington, NJ 08016

Social Security No.:
   xxx–xx–4333

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:        2/8/18
Time:        02:30 PM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Stephanie F. Ritigstein, Esq.
Attorney for Debtor

COMMISSION OR FEES
$1,500.00

EXPENSES
$20.83

---

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: January 5, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-29631-KCF
Andrea C. Smith                                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2          Date Rcvd: Jan 05, 2018
                               Form ID: 137             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2018.
db             +Andrea C. Smith,    27 Fountain Blvd,    Burlington, NJ 08016-9755
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr             +TOYOTA MOTOR CREDIT CORPORATION,    PO Box 9013,   Addison, TX 75001-9013
cr             +Toyota Motor Credit Corporation,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
515983145      +APEX ASSET MANAGEMENT, LLC,    PO BOX 5407,    LANCASTER, PA 17606-5407
515800613      +CACH of NJ, LLC,    c/o Fein, Such, Karh & Shepard, PC,    7 Century Drive, Ste 201,
                 Parsippany, NJ 07054-4609
515895180       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515800614       Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
515800615       Emergency Medicine Associates, PA PC,    PO Box 826481,    Philadelphia, PA 19182-6481
515800617      +Lakeview Memorial Park,    PO Box 2830,    Cinnaminson, NJ 08077-5830
515800618      +Larchmont Imaging Associates,    PO Box 448,    Hainesport, NJ 08036-0448
515800620       Lourdes Cardiology Services PC,    PO Box 824699,    Philadelphia, PA 19182-4699
515800621       OLOLMC Internal Medicine Hospitalists,    PO Box 824626,    Philadelphia, PA 19182-4626
515800623       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
515920631      +Porania LLC,    P. O. Box 11405,    Memphis TN 38111-0405
515901932      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Division of Taxation,   P.O. Box 245,
                 Trenton, NJ 08695-0245)
515800624       State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton NJ 08695-0445
515800619      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Lexus Financial Services,    PO Box 5855,
                 Carol Stream, IL 60197-5855)
515872989      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
515800625       Washington Adventist Hospital,    PO Box 62895,    Baltimore, MD 21264-2895

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 05 2018 23:03:03      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 05 2018 23:02:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515800616       E-mail/Text: cio.bncmail@irs.gov Jan 05 2018 23:02:41      IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
515800622      +E-mail/Text: bankruptcies@orangelake.com Jan 05 2018 23:02:34      Orange Lake Resort,
                 8505 W. Irlo Bronson Memorial Highway,    Kissimmee, FL 34747-8217
515975349      +E-mail/Text: mary@rabperformance.com Jan 05 2018 23:03:35      RAB Performance Recoveries, LLC,
                 700 KINDERKAMACK ROAD, SUITE 211,    ORADELL, NJ 07649-1533
515803140       E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2018 23:00:05      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                       TOTAL: 6


                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516341087*     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                                  Signature:  /s/Joseph Speetjens

District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 05, 2018
                             Form ID: 137              Total Noticed: 26

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
    Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
    Albert    Russo    docs@russotrustee.com
    Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
    dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
    Eric   Clayman    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net
    Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
    nj_ecf_notices@buckleymadole.com,    NJ_ECF_Notices@McCalla.com
    Francesca Ann Arcure    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
    nj_ecf_notices@buckleymadole.com,    NJ_ECF_Notices@McCalla.com
    Jeffrey E. Jenkins    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net,
    jenkins.clayman@verizon.net
    Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
    NJ_ECF_Notices@buckleymadole.com
    Stephanie F. Ritigstein    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net
                                                                   TOTAL: 9