| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jeffrey E. Jenkins<br>412 White Horse Pike<br>Audubon, NJ 08106<br>856-546-9696 |
| In Re:<br><br>Andrea C. Smith |

Case No.: __15-29631__

Adv. No.: _____

Chapter: __13__

Hearing Date: __2/8/18 @ 2:30__

Judge: __KCF__

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Jeffrey E. Jenkins__,

   ☒ am the attorney for: __Andrea C. Smith__

   ☐ am self-represented

   Phone number: __856-546-9696__

   Email address: __jenkins.clayman@verizon.net__

2. I request an adjournment of the following hearing:

   Matter: __Application for Compensation__

   Current hearing date and time: __2/8/18 @ 2:30PM__

   New date requested: _____

   Reason for adjournment request: __See on third page.__

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 1/30/18 _____        /s/ Jeffrey E. Jenkins _____
                                             Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 2/14/18 at 2:30 p.m.            ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

Reason for Adjournment for Fee Application

We respectfully ask the court to adjourn our fee application hearing which is presently scheduled for 2/8/18 at 2:30pm. Mr. Russo has objected to the fee application and we want to file a well thought out response with the court. Also, we only have one attorney available that day and we have 341A hearings not only with Mr. Russo but also with Ms. Balboa.