UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

In Re:
    Andrea C. Smith,

Debtors.

**Order Filed on March 14, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: <u>15-29631 KCF</u>

Adv. No.:

Hearing Date: 11/8/2017 @ 9:00 a.m..

Judge: <u>Kathryn C. Ferguson</u>

### ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 14, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Andrea C. Smith
Case No:  15-29631 KCF
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, Denise Carlon appearing, upon a certification of default as to a 2010 LEXUS RX350 , VIN:2T2BK1BA8AC059394, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Eric Clayman, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of February 20, 2018, Debtors are due for the payments due December 2017 through February 2018 for a total default of $1,399.84, less suspense $344.68 (3 @ 514.84, $200.00 for attorney's fees and costs, less suspense $344.68,); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $1,399.84 will be paid over six months by Debtors, in addition to the regular installment payment, remitting $233.00 per month for five months and $234.84 for one month, which additional payments shall begin on March 1, 2018 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular installment payments are to resume March 19, 2018, directly to Secured Creditor outside of the plan; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the regular monthly installment payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-29631-KCF
Andrea C. Smith                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 1           Date Rcvd: Mar 15, 2018
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2018.
db             +Andrea C. Smith,   27 Fountain Blvd,   Burlington, NJ 08016-9755

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2018 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Eric Clayman    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net
      Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
      Francesca Ann Arcure    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
      Jeffrey E. Jenkins    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net, jenkins.clayman@verizon.net
      Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION NJ_ECF_Notices@buckleymadole.com
      Stephanie F. Ritigstein    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net
                                                                                                TOTAL: 9