Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−29631−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrea C. Smith
   aka H. Smith Mother of Tyreik
   27 Fountain Blvd
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−4333

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

On March 20, 2018 a NOTICE OF HEARING ON APPLICATION FOR COMPENSATION was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
Date: 4/19/18
Time: 02:30 PM

Corrected to state:
Date: 5/3/18
Time: 02:30 PM

The amendment of this notice does not affect deadlines that have been previously set.


Dated: April 4, 2018
JAN: mmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-29631-KCF
Andrea C. Smith                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 04, 2018
                              Form ID: 196             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
db            +Andrea C. Smith,    27 Fountain Blvd,    Burlington, NJ 08016-9755
cr            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    C/O Buckley Madole, P.C.,
                99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr            +TOYOTA MOTOR CREDIT CORPORATION,    PO Box 9013,    Addison, TX 75001-9013
cr            +Toyota Motor Credit Corporation,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                Iselin, NJ 08830-2713
515983145     +APEX ASSET MANAGEMENT, LLC,    PO BOX 5407,    LANCASTER, PA 17606-5407
515800613     +CACH of NJ, LLC,    c/o Fein, Such, Karh & Shepard, PC,    7 Century Drive, Ste 201,
                Parsippany, NJ 07054-4609
515895180      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515800614      Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
515800615      Emergency Medicine Associates, PA PC,    PO Box 826481,    Philadelphia, PA 19182-6481
515800617     +Lakeview Memorial Park,    PO Box 2830,    Cinnaminson, NJ 08077-5830
515800618     +Larchmont Imaging Associates,    PO Box 448,    Hainesport, NJ 08036-0448
515800620      Lourdes Cardiology Services PC,    PO Box 824699,    Philadelphia, PA 19182-4699
515800621      OLOLMC Internal Medicine Hospitalists,    PO Box 824626,    Philadelphia, PA 19182-4626
515800623      PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
515920631     #+Porania LLC,    P. O. Box 11405,    Memphis TN 38111-0405
515901932    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,    Division of Taxation,    P.O. Box 245,
                Trenton, NJ 08695-0245)
515800624      State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
515800619    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Lexus Financial Services,    PO Box 5855,
                Carol Stream, IL 60197-5855)
515872989     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
515800625      Washington Adventist Hospital,    PO Box 62895,    Baltimore, MD 21264-2895

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 04 2018 22:25:59      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 04 2018 22:25:57      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515800616      E-mail/Text: cio.bncmail@irs.gov Apr 04 2018 22:25:50      IRS,    PO Box 7346,
                Philadelphia, PA 19101-7346
515800622     +E-mail/Text: bankruptcies@orangelake.com Apr 04 2018 22:25:44      Orange Lake Resort,
                8505 W. Irlo Bronson Memorial Highway,    Kissimmee, FL 34747-8217
515975349     +E-mail/Text: mary@rabperformance.com Apr 04 2018 22:26:09      RAB Performance Recoveries, LLC,
                700 KINDERKAMACK ROAD, SUITE 211,    ORADELL, NJ 07649-1533
515803140      E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2018 22:26:49      Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516341087*    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Apr 04, 2018
                              Form ID: 196             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
               NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
              Jeffrey E. Jenkins    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@buckleymadole.com
              Stephanie F. Ritigstein    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net
                                                                                             TOTAL: 9
```