|  |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **JENKINS & CLAYMAN** <br> Jeffrey Jenkins, Esquire <br> 412 White Horse Pike <br> Audubon, NJ 08106 <br> (856) 546-9696 <br> Attorneys for the Debtor |

Order Filed on May 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 15-29631 |
|---|---|---|
| Andrea Smith, | Chapter: | 13 |
|  | Hearing Date: | 10/25/17-11/29/17 |
|  | Judge: | KCF |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: May 4, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The application having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Jenkins & Clayman, the application, is allowed a fee of $2280.78 for services rendered.  The allowance shall be payable:

   X  through the Chapter 13 plan as an administrative priority.

_____Outside the plan

The debtor's monthly plan is modified to require a payment of $_____538.00_____ per month for _____32_____ months to allow for payment of the foresaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Andrea C. Smith  
    Debtor

Case No. 15-29631-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 04, 2018  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.
db        +Andrea C. Smith,   27 Fountain Blvd,   Burlington, NJ 08016-9755

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
        Albert   Russo    docs@russotrustee.com
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Eric   Clayman    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net
        Francesca Ann Arcure    on behalf of Creditor   Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
        Francesca Ann Arcure    on behalf of Creditor   TOYOTA MOTOR CREDIT CORPORATION NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
        Jeffrey E. Jenkins    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net, jenkins.clayman@verizon.net
        Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION NJ_ECF_Notices@buckleymadole.com
        Stephanie F. Ritigstein    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net
                                                                                                       TOTAL: 9