Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  15−29631−KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Andrea C. Smith
  aka H. Smith Mother of Tyreik
  27 Fountain Blvd
  Burlington, NJ 08016

Social Security No.:
  xxx−xx−4333

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/12/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 13, 2018
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-29631-KCF
Andrea C. Smith                                                           Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin           Page 1 of 2          Date Rcvd: Jul 13, 2018
                               Form ID: 148           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
```
db         +Andrea C. Smith,    27 Fountain Blvd.,    Burlington, NJ 08016-9755
cr         +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    C/O Buckley Madole, P.C.,
            99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr         +TOYOTA MOTOR CREDIT CORPORATION,    PO Box 9013,    Addison, TX 75001-9013
cr         +Toyota Motor Credit Corporation,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
            Iselin, NJ 08830-2713
515983145  +APEX ASSET MANAGEMENT, LLC,    PO BOX 5407,    LANCASTER, PA 17606-5407
515800613  +CACH of NJ, LLC,    c/o Fein, Such, Karh & Shepard, PC,    7 Century Drive, Ste 201,
            Parsippany, NJ 07054-4609
515800614   Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
515800615   Emergency Medicine Associates, PA PC,    PO Box 826481,    Philadelphia, PA 19182-6481
515800617  +Lakeview Memorial Park,    PO Box 2830,    Cinnaminson, NJ 08077-5830
515800618  +Larchmont Imaging Associates,    PO Box 448,    Hainesport, NJ 08036-0448
515800620   Lourdes Cardiology Services PC,    PO Box 824699,    Philadelphia, PA 19182-4699
515800621   OLOLMC Internal Medicine Hospitalists,    PO Box 824626,    Philadelphia, PA 19182-4626
515800623   PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
515920631  #+Porania LLC,    P. O. Box 11405,    Memphis TN 38111-0405
515901932  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
            TRENTON NJ 08646-0245
           (address filed with court:  State of New Jersey,    Division of Taxation,    P.O. Box 245,
            Trenton, NJ 08695-0245)
515800624   State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
515872989  +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
515800625   Washington Adventist Hospital,    PO Box 62895,    Baltimore, MD 21264-2895

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2018 23:35:52    U.S. Attorney,    970 Broad St.,
            Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2018 23:35:47    United States Trustee,
            Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
            Newark, NJ 07102-5235
515895180   EDI: CAPITALONE.COM Jul 14 2018 03:13:00    Capital One Bank (USA), N.A.,    PO Box 71083,
            Charlotte, NC  28272-1083
515800616   EDI: IRS.COM Jul 14 2018 03:13:00    IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
515800622  +E-mail/Text: bankruptcies@orangelake.com Jul 13 2018 23:35:02    Orange Lake Resort,
            8505 W. Irlo Bronson Memorial Highway,    Kissimmee, FL 34747-8217
515975349  +E-mail/Text: mary@rabperformance.com Jul 13 2018 23:36:42    RAB Performance Recoveries, LLC,
            700 KINDERKAMACK ROAD, SUITE 211,    ORADELL, NJ 07649-1533
515803140   EDI: RMSC.COM Jul 14 2018 03:13:00    Synchrony Bank,
            c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
            Miami, FL 33131-1605
515800619   EDI: TFSR.COM Jul 14 2018 03:13:00    Lexus Financial Services,    PO Box 5855,
            Carol Stream, IL 60197-5855
                                                                                          TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516341087*  +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                    Signature:  /s/Joseph Speetjens

District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 13, 2018
                             Form ID: 148              Total Noticed: 26

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
      Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Albert  Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
      dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Eric  Clayman    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net,
      connor@jenkinsclayman.com
      Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
      NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
      Francesca Ann Arcure    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
      NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
      Jeffrey E. Jenkins    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net,
      connor@jenkinsclayman.com
      Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
      NJ_ECF_Notices@buckleymadole.com
      Stephanie F. Ritigstein    on behalf of Debtor Andrea C. Smith jenkins.clayman@verizon.net,
      connor@jenkinsclayman.com
                                                          TOTAL: 9